IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Donna Rai Braddock Hernandez,                )<br>                                                                    )<br>                              Petitioner,             )<br>                                                                    )<br>vs.                                                              )<br>                                                                    )<br>Greenville Detention,                                )<br>                                                                    )<br>                              Respondent.         )<br>_____)  | Civil Action No.: 4:10-cv-1401-TLW-TER |

## ORDER

On June 2, 2010, the petitioner, Donna Rai Braddock Hernandez ("petitioner"), proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. #1). The case was referred to United States Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 9). On June 30, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that this petition for a writ of habeas corpus be dismissed without prejudice and without requiring a response by the respondent. (Doc. # 9). The petitioner filed no objections to the Report. Objections were due on July 19, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 9).  For the reasons articulated by the Magistrate Judge, this petition for a writ of habeas corpus is **DISMISSED** without prejudice and without requiring a response by the respondent.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

May 20, 2011
Florence, South Carolina